UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO LUCERO LOPEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, *et al.*,<br>Respondents. | No. 1:26-cv-03402-KES-CDB (HC)<br>(A-Number: 090-805-822)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br>Doc. 16 |

Ramiro Lucero Lopez, a federal immigration detainee, initiated this action on May 4, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for temporary restraining order ("TRO") while in custody of Immigration and Customs Enforcement ("ICE") at the California City Detention Facility. Docs. 1, 4. On July 20, 2026, the Court denied Petitioner's TRO motion and referred the matter to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition. Doc. 10.

On September 10, 2026, the assigned magistrate judge issued findings and recommendations to dismiss Petitioner's petition for writ of habeas corpus as moot given that Petitioner had been released from ICE custody. Doc. 16. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14

days of the date of service thereof. *Id.* at 5. No objections have been filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 10, 2026, Doc. 16, are adopted in full;
2. The petition for writ of habeas corpus, Doc. 1, is dismissed as moot.
3. The Clerk of the Court is directed to terminate any pending motions as moot and to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE